ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
ROBERT M. ADAMS, ESQ.
Nevada Bar No. 6551
ERICA D. ENTSMINGER, ESQ.
Nevada Bar No. 7432
**EGLET ADAMS**
400 S. 7th Street, 4th Floor
Las Vegas, NV 89101
Tel.: (702) 450-5400
Fax: (702) 450-5451
E-Mail: eservice@egletlaw.com

-and-

STEVEN B. WOLFSON, ESQ.
Nevada Bar No. 1565
District Attorney
200 E. Lewis Ave
Las Vegas, NV 89101
Tel.: 702-671-2700
Email: steven.wolfson@clarkcountyda.com
*Counsel for Plaintiff Clark County*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CLARK COUNTY, | ) |
| Plaintiff, | ) Case No: 2:19-cv-01616-KJD-VCF |
| v. | ) |
| | ) **STIPULATION AND ORDER TO STAY** |
| PURDUE PHARMA, L.P.; PURDUE | ) **DISCOVERY PENDING RESOLUTION** |
| PHARMA, INC.; THE PURDUE | ) **OF PLAINTIFF'S MOTION TO** |
| FREDERICK COMPANY, INC. d/b/a THE | ) **REMAND** |
| PURDUE FREDERICK COMPANY, INC.; | ) |
| PURDUE PHARMACEUTICALS, L.P.; | ) **(First Request)** |
| RICHARD S. SACKLER; JONATHAN D. | ) |
| SACKLER, MORTIMER D.A. SACKLER; | ) |
| KATHE A. SACKLER; ILENE SACKLER | ) |
| LEFCOURT; DAVID A. SACKLER; | ) |
| BEVERLY SACKLER; THERESA | ) |
| SACKLER; PLP ASSOCIATES HOLDINGS | ) |
| L.P.; ROSEBAY MEDICAL COMPANY | ) |

| | |
|---|---|
| 1 | L.P.; BEACON COMPANY; TEVA PHARMACEUTICALS USA, INC.; |
| 2 | CEPHALON, INC.; ENDO HEALTH SOLUTIONS INC.; ENDO |
| 3 | PHARMACEUTICALS, INC.; PAR PHARMACEUTICAL, INC.; PAR |
| 4 | PHARMACEUTICAL COMPANIES, INC.; |
| 5 | ALLERGAN INC.; ALLERGAN USA INC.; ACTAVIS, INC. f/k/a WATSON |
| 6 | PHARMACEUTICALS, INC.; WATSON LABORATORIES, INC.; INSYS |
| 7 | THERAPEUTICS, INC.; JOHN KAPOOR; |
| 8 | RICHARD M. SIMON; SUNRISE LEE; JOSEPH A. ROWAN; MICHAEL J. GURRY; |
| 9 | MICHAEL BABICH; ALEC BURLAKOFF; |
| 10 | MALLINCKRODT LLC; SPECGX LLC; ACTAVIS LLC; AND ACTAVIS PHARMA, |
| 11 | INC. f/k/a WATSON PHARMA, INC.; AMERISOURCEBERGEN DRUG |
| 12 | CORPORATION; CARDINAL HEALTH, INC.; CARDINAL HEALTH 6 INC.; |
| 13 | CARDINAL HEALTH TECHNOLOGIES |
| 14 | LLC; CARDINAL HEALTH 414 LLC; CARDINAL HEALTH 200 LLC; |
| 15 | MCKESSON CORPORATION; |
| 16 | WALGREENS BOOTS ALLIANCE, INC.; WALGREEN CO.; WALGREEN EASTERN |
| 17 | CO., INC.; WALMART INC.; CVS HEALTH CORPORATION; CVS PHARMACY, INC.; |
| 18 | CVS INDIANA L.L.C.; CVS RX SERVICES, |
| 19 | INC.; CVS TENNESSEE DISTRIBUTION, L.L.C.; MASTERS PHARMACEUTICAL, |
| 20 | LLC f/k/a MASTERS PHARMACEUTICAL, |
| 21 | INC.; C & R PHARMACY d/b/a KEN'S PHARMACY f/k/a LAM'S PHARMACY, |
| 22 | INC.; EXPRESS SCRIPTS HOLDING COMPANY; EXPRESS SCRIPTS, INC.; |
| 23 | AIDA B MAXSAM; STEVEN A HOLPER |
| 24 | MD; STEVEN A. HOLPER, M.D., PROFESSIONAL CORPORATION; |
| 25 | HOLPER OUT-PATIENTS MEDICAL |
| 26 | CENTER, LTD.; DOES 1 through 100; ROE CORPORATIONS 1 through 100 and ZOE |
| 27 | PHARMACIES 1 through 100, inclusive, |
| 28 | Defendants. |

1       Pursuant to LR IA 6-1 and 6-2, and pursuant to LR 7-1, Defendant Aida Maxsam, ("Defendants") and Plaintiff Clark County ("Plaintiff")[1], by and through their respective undersigned counsel, hereby stipulate and agree, and respectfully request that the Court stay the filing of a Discovery Plan and Scheduling Order required by Fed. R. Civ. P. 26(f) and LR 26-l(d), and the conducting of all discovery in this action, pending this Court's resolution of Plaintiff's Motion to Remand Pursuant to Rules 28 U.S.C. § 1447(c) (the "Motion to Remand") (Dkt. No. 7). This is the Parties' first request to stay the filing of a Discovery Plan and Scheduling Order required by Fed. R. Civ. P. 26(f) and LR 26-l(d), and the conducting of all discovery, in this action.

      On September 27, 2018, counsel for Defendant and Plaintiffs conducted a discovery teleconference pursuant to Fed. R. Civ. P. 26(f) and LR 26-l(d). During this conference, counsel respectfully agreed that a stay of all further discovery obligations under Fed. R. Civ. P. 26(f) and LR 26-l(d) is warranted pending the outcome of the Motion to Remand, and that said stay will preserve valuable judicial resources, party resources, and time pending resolution thereof.

      If the Court denies the Motion to Remand, in whole or in part, the Parties agree to submit a Discovery Plan and Scheduling Order within thirty (30) days after entry of the Court's order on the Motion to Remand.

      As no other recently added Defendants have filed Answers in this action, no other parties are affected by this Stipulation and Order.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

---

[1] Defendant and Plaintiffs are hereinafter jointly referred to as the "Parties."

3

For the foregoing reasons, the Parties respectfully suggest that good cause exists to grant the Parties' stipulated stay of discovery. The undersigned represent this stipulation is not intended for purposes of delay. If the Court deems it useful, the Parties are prepared to conduct a hearing on this stipulated request pursuant to LR 78-1.

Dated this 2nd day of October, 2019.

**EGLET ADAMS**

 /s/ Robert M. Adams, Esq.
ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
ROBERT M. ADAMS, ESQ.
Nevada Bar No. 6551
ERICA D. ENTSMINGER, ESQ.
Nevada Bar No. 7432
400 S. 7th Street, 4th Floor
Las Vegas, NV 89101
-and-
STEVEN B. WOLFSON, ESQ.
Nevada Bar No. 1565
District Attorney
200 E. Lewis Ave
Las Vegas, NV 89101
*Counsel for Plaintiff Clark County*

Dated this 2nd day of October, 2019.

**ASHCRAFT & BARR | LLP**

 /s/ Jeffrey F. Barr, Esq.
JEFFREY F. BARR, ESQ.
Nevada Bar No. 7269
2300 West Sahara Avenue, Suite 900
Las Vegas, Nevada 89102
*Counsel for Defendant Aida Maxsam*

**IT IS SO ORDERED.**

DATED: 10-2-2019

_____
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that a status conference is scheduled for 10:00 AM, February 3, 2020, in Courtroom 3D.